# Emergency Writ of Extraordinary Importance

Please command Hillary Clinton, Elon Musk, Donald Trump, and the federal government answer, under penalties of perjury, answer:

1) If they tried to take my spine.
2) If they've been trying to take my spine.
3) If they are trying to take my spine.

Also, please look up all cases, in all US Districts, that have "Holbrook" as a party, and see if any of them involve me and/or my spine. And see if there's anything at all that involves my spine.

Grant Holbrook   *Grant Holbrook*   July 2025