**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 25-96-DLB**

**GRANT HOLBROOK**                                                 **PLAINTIFF**

**VS.**                                <u>**ORDER**</u>

**DONALD TRUMP, et al.**                                 **DEFENDANTS**

**\*\*\* \*\*\* \*\*\* \*\*\***

Grant Holbrook is a resident of Erlanger, Kentucky. Proceeding without a lawyer, Holbrook filed a civil complaint with this Court. (Doc. # 1). Holbrook names President Trump, Elon Musk, and former Secretary of State Hillary Clinton as Defendants, among others, and he expresses concern that his spine will be taken from him. (*See id.*).

The Court has reviewed Holbrook's pleading and will dismiss his claims. While Holbrook briefly suggests that his due process rights are being violated (*see id.* at 4), this Court does not observe a plausible claim against the Defendants. *See Hill v. Lappin*, 630 F.3d 468, 471 (6th Cir. 2010) (explaining that a complaint must contain enough facts, accepted as true, to state a claim to relief that is plausible on its face). Rather, the Court concludes that it lacks subject matter jurisdiction in this case, consistent with *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999) (explaining that a district court may dismiss for lack of subject matter jurisdiction a complaint containing allegations that "are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion").

Accordingly, it is **ORDERED** that:

(1)      Holbrook's Complaint (Doc. # 1) is **DISMISSED** without prejudice; and

(2)      This action is **STRICKEN** from the docket.

This 10th day of July, 2025



Signed By:

_David L. Bunning_

Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\PSO Orders\2-25-96 Dismissal Order.docx